UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN TORRES, SR.,

    Plaintiff,

v.                                                Case No: 8:16-mc-14-T-36AEP

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on February 26, 2016 (Doc. 3). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. No. 1) and Application to Proceed in District Court without Prepaying Fees or Costs (Dkt. No. 2) be DENIED, and the Clerk be directed to close this matter. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 1) is **DENIED.**

(3) Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED.**

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on March 17, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record